UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: **09-20965-CIV-MARTINEZ-BROWN**

IMX, INC., d/b/a GLOBAL NETOPTEX, INC.,
    Plaintiff,

vs.

E-LOAN, INC., and BANCO POPULAR
NORTH AMERICA, INC.,
    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BANCO POPULAR NORTH AMERICA, INC.

THIS MATTER is before the Court upon Plaintiff's Notice of Dismissal of Banco Popular Without Prejudice (D.E. No. 129). It is:

**ADJUDGED** that this action is **DISMISSED without prejudice** as to Defendant Banco Popular North America, Inc.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of December, 2009.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record