UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IMX, INC. d/b/a/ GLOBAL NETOPTEX, INC.,

        Plaintiff,

vs.

E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC.

        Defendants.
_____/

CASE NO. 09-20965-CIV-MARTINEZ
Magistrate Judge Brown

## NOTICE OF MEDIATOR SELECTION

Defendant, E-Loan, Inc. ("E-Loan"), respectfully notifies the Court that the parties have agreed upon the selection of the Honorable William J. Cahill (Ret.) to serve as the mediator in this action.

Respectfully submitted,

FELDMAN GALE, P.A.
Counsel for E-Loan
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-358-5001
Telefax: 305-358-3309

By:      s/ Samuel A. Lewis
    _____
    James A. Gale / Fla. Bar No. 371726
    E-Mail: jgale@FeldmanGale.com
    Samuel A. Lewis / Fla. Bar No. 55360
    E-Mail: slewis@FeldmanGale.com
    Rafael A. Perez-Piniero / Fla. Bar No. 543101
    E-Mail: rperez@FeldmanGale.com

Case No. 09-20965-CIV-MARTINEZ

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 29, 2009, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

                                                 s/ Samuel A. Lewis

## SERVICE LIST
*IMX, Inc. d/b/a Global Netoptex, Inc. v. E-Loan, Inc., et al.*
Case No. 09-20965-CIV-MARTINEZ

Edward M. Mullins
Annette C. Escobar
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2845

M. Elizabeth Day
William G. Goldman
John Allcock
Stanley J. Panikowski
Erik R. Fuehrer
Marc Belloli
DLA Piper LLP (US)
2000 University Ave.
East Palo Alto, California 94303

Michael R. Casey
Davidson Berquist Jackson & Gowdey, LLP
4300 Wilson Boulevard, Seventh Floor
Arlington, Virginia 22203