UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IMX, INC., d/b/a GLOBAL NETOPTEX, INC.,

    Plaintiff,

vs.

E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC.,

    Defendant.

CASE NO. 09-20965-CIV-JEM
Magistrate Judge Brown

### ORDER GRANTING PLAINTIFF IMX, INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

THIS CAUSE came before the Court on Plaintiff, IMX, Inc. d/b/a GLOBAL NETOPTEX, INC.'s Motion for Leave to File Documents Under Seal [D.E. 139], and the Court, having considered the application, and otherwise being duly advised herein, hereby

**ORDERS AND ADJUDGES** that IMX's Motion for Leave to File Documents Under Seal is hereby **GRANTED**. The document referred to as Declaration of Marc Belloli in Support of IMX, Inc.'s Opposition To Defendant E-Loan's Motion To Compel Plaintiff To Produce Proper Designee For Deposition Pursuant To Federal Rule Of Civil Procedure 30(B)(6) and [DE 140] exhibits attached thereto shall be treated as confidential and kept under seal through the final resolution of this case.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida this **22nd** day of January, 2010.

By /s/ _____
STEPHEN T. BROWN
CHIEF UNITED STATES MAGISTRATE JUDGE

Copy to: All Counsel of Record