UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IMX, INC. d/b/a/ GLOBAL NETOPTEX, INC., | CASE NO. 09-20965-CIV-MARTINEZ<br>Magistrate Judge Brown |
| Plaintiff, | |
| vs. | |
| E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC. | |
| Defendants.<br>_____/ | |

### E-LOAN'S RESPONSE TO PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Defendant, E-Loan, Inc. ("E-Loan"), pursuant to S.D.Fla.L.R. 7.1, respectfully submits this memorandum in response to the Plaintiff's Request For Oral Argument [D.E.#338] (the "Request") On E-Loan's Motion For Leave To Amend Witness List (the "Motion For Leave").

**I.    Plaintiff's Request does not meet the requirements of Local Rule 7.1(b).**

The only "reasons" that Plaintiff details in the Request are not sufficient pursuant to Local Rule 7.1(b). Certainly, this Court needs no assistance from the parties to understand the "extended procedural posture of this case," particularly as that has been set forth in excruciating detail in a number of memoranda filed with the Court. Likewise, the "extensive discovery disputes between the parties" are a matter of record as are Magistrate Judge Brown's various Orders. None of these vague reasons provide any meaningful explanation as to why 15 minutes per side of oral argument will assist the Court's resolution of E-Loan's Motion for Leave. Indeed what is most likely to occur is that Plaintiff will use the hearing to attempt to shift blame away from its own misconduct by engaging in diatribe of unwarranted name-calling and ad-hominem attacks on E-Loan and its counsel.

Nor does E-Loan believe that a hearing will help explain why Plaintiff knowingly and intentionally concealed evidence (both documentary and identification of witnesses well-known to and under the control of the Plaintiff) in this matter *until after* the deadline for identifying witnesses. Likewise, E-Loan does not believe that a hearing will explain why Plaintiff now claims to be surprised that witnesses it identified on its own witness list might be called by E-Loan to testify at trial. Finally, a hearing will not explain why, according to Plaintiff's rationale, E-Loan should have filed separate motions to amend its witness list each and every

Case No. 09-20965-CIV-MARTINEZ

time new information was discovered, or after Plaintiff dismissed Banco Popular North America, Inc. from this action. Most of all E-Loan does not believe that a hearing will be useful in explaining Plaintiff's apparent belief that form should be exalted over substance.

**II.     If the Court is desirous of conducting a hearing, one (1) hour should be allotted.**

If, nevertheless, this Court is inclined to grant a hearing, then ample time should be provided so that Plaintiff may also be forced to explain its own conduct. Thus, to the extent that the Court does elect to conduct a hearing, E-Loan respectfully requests that this Court require Plaintiff to do what it wholly failed to do in its Opposition to the Motion for Leave, namely explain to the Court why it intentionally concealed evidence and why it believes it should now be rewarded for having engaged in this wrongful conduct. In order to conduct a such an inquiry, E-Loan believes each side will need a minimum of 30 minutes. If, however, the Court does not wish to address such issues, E-Loan respectfully suggests that this Court need not waste its time with oral argument.

Respectfully submitted,

FELDMAN GALE, P.A.
Counsel for E-Loan
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-358-5001
Telefax: 305-358-3309

By: *s/Rafael Perez-Pineiro*
    James A. Gale / Fla. Bar No. 371726
    E-Mail: jgale@FeldmanGale.com
    Samuel A. Lewis / Fla. Bar No. 55360
    E-Mail: slewis@FeldmanGale.com
    Rafael A. Perez-Pineiro / Fla. Bar No. 543101
    E-Mail: rperez@FeldmanGale.com
    Christopher Demetriades / Fla. Bar No.
    E-Mail: cdemetriades@FeldmanGale.com

Case No. 09-20965-CIV-MARTINEZ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2010, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*s/Rafael Perez-Pineiro*

## SERVICE LIST
*IMX, Inc. d/b/a Global Netoptex, Inc. v. E-Loan, Inc., et al.*
Case No. 09-20965-CIV-MARTINEZ

Edward M. Mullins
Annette C. Escobar
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2845

M. Elizabeth Day
William G. Goldman
John Allcock
Stanley J. Panikowski
Erik R. Fuehrer
Marc Belloli
DLA Piper LLP (US)
2000 University Ave.
East Palo Alto, California 94303

Michael R. Casey
Davidson Berquist Jackson & Gowdey, LLP
4300 Wilson Boulevard, Seventh Floor
Arlington, Virginia 22203