UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IMX, INC., d/b/a GLOBAL NETOPTEX, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC.,<br><br>    Defendants. | CASE NO.  09-20965-CIV-MARTINEZ<br>Magistrate Judge Brown |

## JOINT STATUS REPORT ON PENDING MOTIONS

Pursuant to the Court's August 16, 2010, Order (D.E.#357), the parties, Plaintiff IMX, Inc. ("IMX") and Defendant E-Loan, Inc. ("E-Loan") respectfully submit this Joint Status Report on Pending Motions.

The following motions remain pending before the Court:

1. Defendants' Motion to Bifurcate Action into Liability and Damage Phases (D.E.#53). IMX's Opposition (with declaration and supporting exhibits) (D.E.#65). Defendants' Reply (D.E.#79).

2. IMX's Motion for Summary Judgment (including declarations and supporting exhibits) (D.E.#137, 142, 144 & 148). E-Loan's Opposition (including supporting exhibits) filed under seal on February 12, 2010 (D.E.# unknown). IMX's Reply (including declaration and supporting exhibits) (D.E.#194 & 196). IMX's Notice of Filing Supplemental Authority (D.E.#262).

3. E-Loan's Motion for Summary Judgment, and supporting declarations and exhibits, filed under seal on January 19, 2010 (D.E.# unknown). IMX's Opposition (including supporting declarations and exhibits) (D.E.#174 & 178). E-Loan's Reply (with supporting exhibits) filed under seal on March 1, 2010 (D.E.# unknown). E-Loan's Notice of Filing Supplemental Authority filed on March 30, 2010 (D.E.#229). IMX's Notice of Filing Supplemental Authority (D.E.#262). E-Loan's Notice of Filing Supplemental Authority (D.E.#358).

1

Case No. 09-20965-CIV-MARTINEZ

4. IMX's Appeal of Magistrate Judge Brown's Order Denying IMX's Motion to Compel Further Limited Deposition Testimony Without Prejudice (with supporting declaration and exhibits) (D.E.#206). E-Loan's Response to Appeal (D.E.#223). IMX's Reply (including declaration and supporting exhibits) (D.E.#227).

5. E-Loan's Appeal of Order Denying Motion to Overrule Objections and supporting exhibits, filed under seal on April 29, 2010 (D.E.# unknown). Non-Party Robert Mihalyi and IMX's Opposition (with supporting exhibits) filed under seal on May 17, 2010 (D.E.# unknown).

6. IMX's Motion for Partial Judgment on the Pleadings (with supporting exhibits) (D.E.#226). E-Loan's Opposition (with supporting exhibits) (D.E.#260). IMX's Reply (D.E.#271).

7. E-Loan's Motion for Leave to Amend Answer (with supporting exhibits) (D.E.#238). IMX's Amended Opposition (D.E.#277). E-Loan's Reply (with supporting exhibits) filed under seal on May 6, 2010 (D.E.# unknown).

8. IMX's Motion for Partial Judgment on the Pleadings on Count III of E-Loan's Amended Counterclaims (D.E.#278). E-Loan's Opposition (D.E#332). IMX's Reply (D.E.#337).

9. E-Loan's Motion to Disqualify Warren Myer as an Expert Witness & to Preclude Him From Testifying at Trial and supporting exhibits, filed under seal on January 19, 2010 (D.E.# unknown). IMX's Opposition (D.E.#172). E-Loan's Reply (with supporting exhibits) filed under seal on February 16, 2010 (D.E.# unknown). IMX's Motion for Leave to File a Sur-Reply in connection with E-Loan's Motion to Disqualify Warren Myer (D.E.#192). E-Loan's Opposition filed under seal on March 12, 2010 (D.E.# unknown).

10. IMX's *Motion In Limine* No. 1 to Exclude the Testimony of Nicholas D'Ambrosio, Jr., (including declaration and supporting exhibits) (D.E.#221). E-Loan's Opposition (with supporting exhibits) filed under seal on April 5, 2010 (D.E.# unknown). IMX's Reply (including declaration and supporting exhibits) (D.E.#268).

11. IMX's Motion *In Limine* No. 2 to preclude E-Loan from offering evidence or testimony referring, alluding, or insinuating that Dr. Michael I. Shamos and Mr. Nicholas D'Ambrosio, Jr., E-Loan's expert witnesses, are attorneys or have legal degrees (with declaration and supporting exhibits) (D.E.#251 & 253). E-Loan's Opposition (with supporting exhibits) (D.E.#274). IMX's Reply (D.E.#300).

Case No. 09-20965-CIV-MARTINEZ

12. IMX's Motion *In Limine* No. 3 to Preclude E-Loan from Offering Testimony from Edward Giedgowd, John Orta, or Eric Tran and Certain Testimony from Scott McKinlay (with declaration and supporting exhibits) (D.E.#249 & 253). E-Loan's Opposition (with supporting exhibits) filed under seal on April 26, 2010 (D.E.# unknown). IMX's Reply filed under seal on May 6, 2010 (D.E.# unknown).

13. IMX's Motion *In Limine* No. 4 to Preclude E-Loan from offering Any Testimony From IMX's Trial Counsel and From Referring and/or Alluding to Any of Trial Counsel's Inter-Personal Relationships (with declaration and supporting exhibits) (D.E.#245 & 253). E-Loan's Opposition (with supporting exhibits) filed under seal on April 23, 2010 (D.E.# unknown). IMX's Reply filed under seal on May 6, 2010 (D.E.# unknown).

14. IMX's Motion *In Limine* No. 5 to Preclude E-Loan from Relying on an Advice of Counsel Defense at Trial (with declaration and supporting exhibits) (D.E.#247 & 253). E-Loan's Opposition filed under seal on April 23, 2010 (D.E.# unknown). IMX's Reply filed under seal on May 6, 2010 (D.E.# unknown).

15. IMX's Motion *In Limine* No. 6 to Exclude Any Expert Opinion Testimony Offered by E-Loan that was Not Previously Disclosed in Expert Reports (with supporting exhibits) (D.E.#254). E-Loan's Opposition filed under seal on April 26, 2010 (D.E.# unknown). IMX's Reply (D.E.#316).

16. IMX's Motion *In Limine* No. 7 to Exclude Any Evidence Concerning IMX's Claims of Infringement Against Banco Popular That Were Dismissed Without Prejudice (with supporting exhibits) (D.E.#255). E-Loan's Opposition (D.E.#279). IMX's Reply filed under seal on May 6, 2010 (D.E.# unknown).

17. IMX's Motion *In Limine* No. 8 to Exclude Any Evidence From the Jury Regarding Equitable Defenses and Standing to be Decided by the Court (with supporting exhibits) (D.E.#256). E-Loan's Opposition filed under seal on April 26, 2010 (D.E.# unknown). IMX's Reply (D.E.#317).

18. IMX's Motion *In Limine* No. 9 to Exclude Evidence of Settlement Agreements and Related Licenses and Communications (D.E.#257). E-Loan's Opposition (with supporting exhibits) filed under seal on April 26, 2010 (D.E.# unknown). IMX's Reply filed under seal on May 6, 2010 (D.E.# unknown).

Case No. 09-20965-CIV-MARTINEZ

19. E-Loan's Motion *in Limine* to Preclude Evidence Where Plaintiff Blocked Pre-Trial Discovery or Had No Information and supporting exhibits, filed under seal on April 9, 2010 (D.E.# unknown). IMX's Opposition (including declaration and supporting exhibits) (D.E.#281, 283). E-Loan's Reply (with supporting exhibits) filed under seal on May 6, 2010 (D.E.# unknown).

20. E-Loan's Motion *in Limine* to Preclude the Introduction of Certain Documents at Trial and supporting exhibits, filed under seal on April 9, 2010 (D.E.# unknown). IMX's Opposition (including declaration and supporting exhibits) (D.E.#281 & 285). E-Loan's Reply (with supporting exhibits) filed under seal on May 6, 2010 (D.E.# unknown).

21. E-Loan's Motion *in Limine* to Preclude Mr. Myer from Testifying at Trial (with supporting exhibits) filed under seal on April 9, 2010 (D.E.# unknown). IMX's Opposition (with declaration and supporting exhibits) (D.E.# 281 & 294). E-Loan's Reply (with supporting exhibits) filed under seal on May 6, 2010 (D.E.# unknown).

22. E-Loan's Motion *in Limine* to Preclude Testimony and Evidence from William Goldman (with supporting exhibits) filed under seal on April 9, 2010 (D.E.# unknown). IMX's Opposition (including declaration and supporting exhibits) (D.E.# 281 & 287). E-Loan's Reply filed under seal on May 6, 2010 (D.E.# unknown).

23. E-Loan's Motion for Leave to Amend Witness List (with supporting exhibits) filed under seal on May 21, 2010 (D.E.#336). IMX's Opposition (with declaration and supporting exhibits) filed under seal on June 7, 2010 (D.E.# unknown). E-Loan's Reply filed under seal on June 17, 2010 (D.E.#343).

24. IMX's Request for Oral Argument on E-Loan's Motion for Leave to Amend Witness List (D.E.#338). E-Loan's Response (D.E.#348).

25. E-Loan's Motion for Leave of Court to File Its Motion for Partial Summary Judgment on the Affirmative Defense of Laches (with supporting exhibits and declaration) filed under seal on June 8, 2010 (D.E.#342). IMX's Opposition (with declaration and supporting exhibits) filed under seal on June 25, 2010 (D.E.# unknown). E-Loan's Reply filed under seal on July 6, 2010 (D.E.#352).

26. E-Loan's Partially Agreed to Motion for Leave to File Additional Argument re The Supreme Court's Decision in *Bilski v. Kappos* (D.E.#351). No Opposition filed.

Case No. 09-20965-CIV-MARTINEZ

27. E-Loan's Motion to Strike Plaintiff's Supplemental Expert Reports and supporting exhibits (D.E.#353). IMX's Opposition (with declaration and supporting exhibits) (D.E.#354). E-Loan's Reply (with supporting exhibits) (D.E.#356).

28. IMX and E-Loan's Joint Motion to Label Trial Exhibits Numerically (D.E.#360).

29. IMX's Motion for the Admission of David L. Alberti, Esq. to appear *Pro Hac Vice* (D.E.#361).

30. E-Loan's Appeal Of Order Denying Sealed Motion To Compel (to be filed).

DATED: This 19th day of August, 2010

Respectfully submitted,

| | |
|---|---|
| ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.<br>Local Counsel for Plaintiff<br>701 Brickell Avenue,<br>Miami, Florida 33131<br>Telephone: (305) 372-8282<br>Telefax: (305) 372-8202 | FELDMAN GALE, P.A.<br>Counsel for Defendant<br>One Biscayne Tower, 30th Floor<br>16th Floor 2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305-358-5001<br>Telefax: 305-358-3309 |
| By:   s/ Edward M. Mullins<br>Edward M. Mullins / FBN 863920<br>E-Mail: emullins@astidavis.com<br>Annette C. Escobar / FBN 369380<br>E-Mail: aescobar@astidavis.com | By:    s/ Samuel A. Lewis<br>James A. Gale / Fla. Bar No. 371726<br>E-Mail: jgale@FeldmanGale.com<br>Samuel A. Lewis / Fla. Bar No. 55360<br>E-Mail: slewis@FeldmanGale.com<br>Rafael A. Perez-Pineiro / Fla. Bar No. 543101<br>E-Mail: rperez@FeldmanGale.com |

M. Elizabeth Day
David L. Alberti (*pro hac vice* motion pending*)*
Marc Belloli
Erik R. Fuehrer
DLA PIPER LLP (US)
Lead Counsel for Plaintiff
2000 University Ave.
East Palo Alto, CA 94303
Telephone: (650) 833-2000
Telefax: (650) 833-2001

William G. Goldman
PO Box 2548
Menlo Park, CA 94026