UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IMX, INC. d/b/a/ GLOBAL NETOPTEX, INC.,

      Plaintiff,

vs.

E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC.

      Defendants.

_____/

CASE NO. 09-20965-CIV-MARTINEZ
Magistrate Judge Brown

## NOTICE OF ISSUES NO LONGER RELEVANT TO THE ACTION

Defendant, E-Loan, Inc. ("E-Loan"), respectfully gives notice that it hereby withdraws and will not present at trial the issues of inequitable conduct before the U.S. Patent and Trademark Office ("USPTO") as the issue is presented in E-Loan's Amended Seventh Affirmative Defense and Count III of the Amended Counterclaim, and the issue of patent misuse solely as it relates to IMX's assertion of the '947 Patent against products that were known not to infringe that patent, as presented in E-Loan's Amended Fifteenth Affirmative Defense and Count III of the Amended Counterclaim. Those issues are no longer relevant to the action, and E-Loan will include those issues in Section V of the Amended Joint Pretrial Stipulation (entitled Issues That The Parties Agree Are No Longer Relevant To The Action).[1] However, this Notice shall not impact any other aspects of E-Loan's Amended Affirmative Defenses, nor shall it impact the Amended Fifteenth Affirmative Defense or Count III of the Amended Counterclaim to the extent that they

---

[1] Consistent with the manner in which IMX dropped its claims for indirect infringement (e.g., contributory infringement and inducement) and constructive notice, *see* [DE#369] at p. 5, E-Loan intends to include the issue of inequitable conduct before the USPTO and patent misuse for asserting the '947 Patent against products known not to infringe among the list of issues that the parties agree are no longer relevant to the action.

relate to patent misuse based upon Plaintiff's assertion of patent rights that it did not and does not own, and any other type of patent misuse. E-Loan reserves the right to present all issues not expressly withdrawn.

> FELDMAN GALE, P.A.
> Counsel for Defendant
> One Biscayne Tower, 30th Floor
> 2 South Biscayne Boulevard
> Miami, Florida 33131
> Telephone: 305-358-5001
> Telefax: 305-358-3309
>
> By:/Christopher P. Demetriades_
> James A. Gale / Fla. Bar No. 371726
> E-Mail: jgale@FeldmanGale.com
> Samuel A. Lewis / Fla. Bar No. 55360
> E-Mail: slewis@FeldmanGale.com
> Christopher Demetriades/ Fla. Bar No. 112917
> E-Mail: cdemetriades@FeldmanGale.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2010, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

> /s/Christopher P. Demetriades
> Christopher P. Demetriades

CASE NO. 09-20965-CIV-MARTINEZ

# SERVICE LIST
*IMX, Inc. d/b/a Global Netoptex, Inc. v. E-Loan, Inc., et al.*
Case No. 09-20965-CIV-MARTINEZ

Edward M. Mullins
Annette C. Escobar
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2845
Via CM/ECF

M. Elizabeth Day
William G. Goldman
John Allcock
Stanley J. Panikowski
Erik R. Fuehrer
Marc Belloli
DLA Piper LLP (US)
2000 University Ave.
East Palo Alto, California 94303
Via CM/ECF

Michael R. Casey
Davidson Berquist Jackson & Gowdey, LLP
4300 Wilson Boulevard, Seventh Floor
Arlington, Virginia 22203
Via CM/ECF