UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IMX, INC., d/b/a GLOBAL NETOPTEX, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC.,<br><br>        Defendants. | CASE NO. 09-20965-CIV-JEM<br>Magistrate Judge Brown |

### IMX, INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT OF NOTICE OF INFRINGEMENT, PATENT OWNERSHIP AND CONCEPTION OF THE ASSERTED CLAIMS

PLEASE TAKE NOTICE that IMX, Inc. ("IMX") will move the Court for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting IMX summary judgment on the following: (1) IMX provided E-Loan actual notice of infringement under 35 U.S.C. §287(a) on November 24, 2003; (2) IMX owns all right, title and interest in U.S. Patent No. 5,995,947 (the "'947 patent"); and, (3) the inventors of the '947 patent conceived of the subject matter of each asserted claim no later than August 1995. IMX respectfully submits that the Motion should be granted for the reasons set forth in the accompanying Memorandum of Law and Statement of Material Facts filed herewith.

ASTIGARRAGA DAVIS MULLINS
& GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida 33131
Tel.: (305) 372-8282; Fax: (305) 372-8202

By:      /s Edward M. Mullins
     Edward M. Mullins
     Annette C. Escobar
     Fla. Bar Nos. 863920 & 369380
     emullins@astidavis.com

Local Counsel for Plaintiff IMX, Inc.

-AND-

M. Elizabeth Day (Bar No. 177125)*
Marc Belloli (Bar No. 244290)*
Erik R. Fuehrer (Bar No. 252578)*
DLA PIPER LLP (US)
2000 University Ave.
East Palo Alto, CA 94303
Telephone: 650.833.2000
Fascimile: 650.833.2001

Lead Counsel for Plaintiff IMX, Inc.