UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IMX, INC., d/b/a GLOBAL NETOPTEX, INC.,

    Plaintiff,

vs.

E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC.,

    Defendants.

CASE NO. 09-20965-CIV-JEM

**PLAINTIFF IMX, INC'S _UNOPPOSED_ MOTION FOR LEAVE TO EXCEED PAGE LIMITATION AS TO ITS RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT**

Plaintiff IMX, INC. d/b/a Global Netoptex, Inc. ("IMX") moves for permission to file a 28-page Response in Opposition to E-Loans Renewed Motion for Summary Judgment ("Response") and a 15-page Response to E-Loan's Statement of Material Facts ("Response Statement") (D.E. 88), that is, a Response and Statement that are 8 and 5 pages, respectively, longer than what is normally permitted for responses and response statements under Local Rules 7.1.C.2 and 7.5. Good cause exists for the granting of IMX's request:

1. On October 29, 2010, Defendant E-Loan, Inc., after having sought and obtained extensions on the page limits, filed, under seal, its Renewed Memorandum in Support of Summary Judgment ("Motion"), extending to 28 pages, and its Statement of Material Facts ("Statement"), extending to 15 pages.

2. In accordance with the Local Rules, IMX is permitted to file a Response and a Response Statement, which currently are due on or before November 19, 2010. As per Local Rules 7.1.C.2, IMX's Response may not exceed 20 pages. Local Rule 7.5 further provides that, in addition to memoranda of law and accompanying affidavits or materials, the statement of

material facts submitted by the parties shall both be limited to 10 pages in length. These page limitations are subject to change with leave of Court.

3. In order to address the numerous points of law raised by E-Loan in its 28 page Motion and its 15 page Statement, IMX seeks leave of Court to file a Response not exceeding 28 pages, i.e., 8 pages longer than normally permitted under Local Rule 7.1.C.2, and a Response Statement not exceeding 15 pages, i.e., 5 pages longer than normally permitted under Local Rule 7.5.

4. While IMX is respectful of this Court's busy case load, IMX submits that its request is warranted here, especially when the Response and Response Statement will be no longer than the Motion and the Statement, all of which relate to a motion for summary judgment in a complex patent infringement action. The rules envision that both parties will be provided the same number of pages to address the same issues. Furthermore, in light of the need to be able to address all the issues raised by E-Loan in its extensive filings, and in light of the nature of the Motion, these additional pages are necessary in order to present a full and thorough response to the Court. IMX's request would not result in any undue prejudice to E-Loan, whose initial filings were the exact length as the extension being requested by IMX.

## CONCLUSION

For the reasons discussed above, IMX respectfully requests that the Court grant its motion for leave to file a Response and Response Statement exceeding the page limits specified in Local Rules 7.1.C.2 and 7.5 by 8 and 5 pages respectively. A proposed order is attached hereto.

## CERTIFICATE OF COUNSEL REQUIRED BY LOCAL RULE 7.1.A.3

Counsel for IMX has conferred with E-Loan's counsel, who have indicated that they do not oppose the relief requested herein.

                                      ASTIGARRAGA DAVIS MULLINS
                                      & GROSSMAN, P.A.

                                      701 Brickell Avenue, 16th Floor
                                      Miami, Florida 33131
                                      Tel.: (305) 372-8282; Fax: (305) 372-8202

                                      By: _____ /s Annette C. Escobar_____
                                           Edward M. Mullins, Annette C. Escobar
                                           Fla. Bar Nos. 863920 & 369380
                                           emullins@astidavis.com

                                      Local Counsel for Plaintiff IMX, Inc.

                                      -AND-

                                      M. Elizabeth Day (Bar No. 177125)
                                      Marc Belloli (Bar No. 244290)
                                      Erik R. Fuehrer (Bar No. 252578)
                                           (all admitted *pro hac vice*)
                                      DLA PIPER LLP (US)
                                      2000 University Ave.
                                      East Palo Alto, CA 94303
                                      Tel.: 650.833.2000; Fax: 650.833.2001

                                      Lead Counsel for Plaintiff IMX, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2010, I filed the foregoing document with the Clerk of the Court who will generate Notices of Electronic Filing to all counsel of record or other persons authorized to receive Notice of Electronic Filing generated by CM/ECF, including counsel for Defendants, Samuel A. Lewis, Feldman Gale, 2 South Biscayne Boulevard, 30th Floor, Miami, Florida 33131.

s/ Annette C. Escobar
Annette C. Escobar
