UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IMX, INC. d/b/a/ GLOBAL NETOPTEX, INC.,

        Plaintiff,

vs.

E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC.

        Defendants.
_____/

CASE NO. 09-20965-CIV-MARTINEZ
Magistrate Judge Brown

### JOINT *AGREED* MOTION TO EXCEED PAGE LIMIT

Plaintiff, IMX, Inc. ("IMX"), and Defendant E-Loan, Inc. ("E-Loan")(collectively, IMX and E-Loan may be referred to as the "Parties"), pursuant to Local Rules 7.1 and this Court's Scheduling Order [DE#15], respectfully move this Court for an extension of the page limit for their Replies in Support of their Renewed Motions for Summary Judgment. Specifically, the Parties respectfully request that this Court permit them to file reply memoranda in support of their Renewed Motions for Summary Judgment that are no longer than fifteen (15) pages in length (exclusive of certificates of service, signatures, etc.). In support of this motion, the Parties respectfully show the Court as follows:

1.    On December 2, 2010, IMX approached E-Loan requesting an extension of the page limitation (up to fifteen (15) pages) for its Reply Memorandum. In connection with its request, IMX indicated that it was agreeable to E-Loan receiving the same extension.

2.    E-Loan is agreeable to the extension of page limitations requested by IMX provided that E-Loan receives the same extension of page limitations. E-Loan's Reply Memorandum is due on Monday, December 6, 2010.

1

Case No. 09-20965-CIV-MARTINEZ

3. The Parties agree that the increased page limitation is necessary to adequately address the issues raised in the Parties' oppositions.

WHEREFORE, the Parties respectfully request that this Court enter an Order allowing the Parties to file reply memoranda that do not exceed fifteen (15) pages. A proposed Order is attached for the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| ASTIGARRAGA DAVIS MULLINS & GROSSMAN, P.A.<br>Local Counsel for IMX<br>701 Brickell Avenue,<br>Miami, Florida 33131<br>Telephone: (305) 372-8282<br>Telefax: (305) 372-8202<br><br>By: ___s/ Edward M. Mullins_____<br>Edward M. Mullins / FBN 863920<br>E-Mail: emullins@astidavis.com<br>Annette C. Escobar / FBN 369380<br>E-Mail: aescobar@astidavis.com<br><br>M. Elizabeth Day<br>David L. Alberti<br>Marc Belloli<br>Erik R. Fuehrer<br>DLA PIPER LLP (US)<br>Lead Counsel for IMX<br>2000 University Ave.<br>East Palo Alto, CA 94303<br>Telephone: (650) 833-2000<br>Telefax: (650) 833-2001<br><br>William G. Goldman<br>PO Box 2548<br>Menlo Park, CA 94026 | FELDMAN GALE, P.A.<br>Counsel for E-Loan<br>One Biscayne Tower, 30th Floor<br>16th Floor 2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: 305-358-5001<br>Telefax: 305-358-3309<br><br>By:___s/ Samuel A. Lewis_____<br>James A. Gale / Fla. Bar No. 371726<br>E-Mail: jgale@FeldmanGale.com<br>Samuel A. Lewis / Fla. Bar No. 55360<br>E-Mail: slewis@FeldmanGale.com<br>Rafael A. Perez-Pineiro / Fla. Bar No. 543101<br>E-Mail: rperez@FeldmanGale.com |

Case No. 09-20965-CIV-MARTINEZ

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the parties have conferred and agreed to the relief requested in this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2010, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

s/ Samuel A. Lewis
_____

Case No. 09-20965-CIV-MARTINEZ

## SERVICE LIST
*IMX, Inc. d/b/a Global Netoptex, Inc. v. E-Loan, Inc., et al.*
Case No. 09-20965-CIV-MARTINEZ

Edward M. Mullins
Annette C. Escobar
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2845
Via CM/ECF

M. Elizabeth Day
John Allcock
Stanley J. Panikowski
Erik R. Fuehrer
Marc Belloli
DLA Piper LLP (US)
2000 University Ave.
East Palo Alto, California 94303
Via CM/ECF

Michael R. Casey
Davidson Berquist Jackson & Gowdey, LLP
4300 Wilson Boulevard, Seventh Floor
Arlington, Virginia 22203
Via CM/ECF

William G. Goldman
P.O. Box 2548
Menlo Park, CA  94026
Via CM/ECF

James A. Gale
Samuel A. Lewis
Rafael A. Perez-Pineiro
Christopher P. Demetriades
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Via CM/ECF