UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IMX, INC. d/b/a/ GLOBAL NETOPTEX, INC.,

        Plaintiff,

vs.

E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC.

        Defendants.
_____/

CASE NO. 09-20965-CIV-MARTINEZ
Magistrate Judge Brown

## NOTICE OF REQUEST FOR *EX PARTE* REEXAMINATION

Defendant, E-Loan, Inc., respectfully gives notice that:

1. A Request for *Ex Parte* Reexamination for U.S. Patent No. 5,995,947 was filed with the United States Patent and Trademark Office ("USPTO") on December 2, 2010, and was assigned Reexam Control Number 90/009,857. A copy of the Request for *Ex Parte* Reexamination is attached as Exhibit "A."

2. In connection with the Request for *Ex Parte* Reexamination for U.S. Patent No. 5,995,947, the USPTO issued a Notice of Reexamination Request Filing Date confirming the December 2, 2010 filing date and indicating that the USPTO will make a decision on the request within three (3) months from the filing date. A copy of the Notice of Reexamination Request Filing Date is attached as Exhibit "B."

Case No. 09-20965-CIV-MARTINEZ

Respectfully submitted,

FELDMAN GALE, P.A.
Counsel for E-Loan
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-358-5001
Telefax: 305-358-3309

s/ Samuel A. Lewis
By: _____
James A. Gale / Fla. Bar No. 371726
E-Mail: jgale@FeldmanGale.com
Samuel A. Lewis / Fla. Bar No. 55360
E-Mail: slewis@FeldmanGale.com
Rafael A. Perez-Pineiro / Fla. Bar No. 543101
E-Mail: rperez@FeldmanGale.com
Ashutosh B. Dalvi / Fla. Bar No. 0047613
E-Mail: adalvi@feldmangale.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2010, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

s/ Samuel A. Lewis
_____

**SERVICE LIST**
*IMX, Inc. d/b/a Global Netoptex, Inc. v. E-Loan, Inc., et al.*
Case No. 09-20965-CIV-MARTINEZ

Edward M. Mullins
Annette C. Escobar
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2845
Via U.S. Mail and E-Mail

M. Elizabeth Day
John Allcock
Stanley J. Panikowski
Erik R. Fuehrer
Marc Belloli
DLA Piper LLP (US)
2000 University Ave.
East Palo Alto, California 94303
Via U.S. Mail and E-Mail

Michael R. Casey
Davidson Berquist Jackson & Gowdey, LLP
4300 Wilson Boulevard, Seventh Floor
Arlington, Virginia 22203
Via U.S. Mail and E-Mail

William G. Goldman
P.O. Box 2548
Menlo Park, CA 94026
Via U.S. Mail and E-Mail