UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IMX, INC. d/b/a/ GLOBAL NETOPTEX, INC.,

        Plaintiff,

vs.

E-LOAN, INC. and BANCO POPULAR NORTH AMERICA, INC.

        Defendants.
_____/

CASE NO. 09-20965-CIV-MARTINEZ
Magistrate Judge Brown

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY

Defendant, E-Loan, Inc., respectfully submits the attached Final Rejections issued by the U.S. Patent and Trademark Office ("USPTO") in connection with two patent applications with specifications identical to the specification of the patent in suit[1], U.S. Patent No. 5,995,947 (the "'947 Patent"), as supplemental authority in support of E-Loan's Renewed Motion for Summary Judgment [DE#384]. Specifically, E-Loan submits:

    1.    The Final Rejection on §103 obviousness and §112 written description grounds issued by the USPTO on December 22, 2010, for patent

---

[1] The Specification page for each of the applications provides as follows:

> This application <u>is a divisional of prior application serial no. 11/248,018, filed October 11, 2005, which</u> is a continuation of [[prior]] U.S. patent application serial no. 09/411,683 filed October 4, 1999, now abandoned, which is a continuation of U.S. patent application <u>serial no.</u> 08/928,559, now U.S. patent no. 5,995,947, hereby incorporated by reference as if fully set forth herein.

See Exhibit "C" (Specification for patent application no. 12/504,132) (emphasis in original); Exhibit "D" (Specification for patent application no. 12/504,350) (emphasis in original).

1

Case No. 09-20965-CIV-MARTINEZ

application no. 12/504,132, a copy of which is attached as Exhibit "A"; and

2. The Final Rejection on §103 obviousness and §112 written description grounds issued by the USPTO on December 22, 2010, for patent application no. 12/504,350, a copy of which is attached as Exhibit "B."

Respectfully submitted,

FELDMAN GALE, P.A.
Counsel for E-Loan
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305-358-5001
Telefax:  305-358-3309

s/ Samuel A. Lewis
By:_____
James A. Gale / Fla. Bar No. 371726
E-Mail:  jgale@FeldmanGale.com
Samuel A. Lewis / Fla. Bar No. 55360
E-Mail:  slewis@FeldmanGale.com
Rafael A. Perez-Pineiro / Fla. Bar No. 543101
E-Mail:  rperez@FeldmanGale.com
Ashutosh B. Dalvi / Fla. Bar No. 0047613
E-Mail:  adalvi@feldmangale.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2010, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

s/ Samuel A. Lewis
_____

## SERVICE LIST
*IMX, Inc. d/b/a Global Netoptex, Inc. v. E-Loan, Inc., et al.*
Case No. 09-20965-CIV-MARTINEZ

Edward M. Mullins
Annette C. Escobar
Astigarraga Davis Mullins & Grossman
701 Brickell Avenue, 16th Floor
Miami, Florida 33131-2845
Via U.S. Mail and E-Mail

M. Elizabeth Day
John Allcock
Stanley J. Panikowski
Erik R. Fuehrer
Marc Belloli
DLA Piper LLP (US)
2000 University Ave.
East Palo Alto, California 94303
Via U.S. Mail and E-Mail

Michael R. Casey
Davidson Berquist Jackson & Gowdey, LLP
4300 Wilson Boulevard, Seventh Floor
Arlington, Virginia 22203
Via U.S. Mail and E-Mail

William G. Goldman
P.O. Box 2548
Menlo Park, CA  94026
Via U.S. Mail and E-Mail