UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-20965-CIV-MARTINEZ-BROWN

IMX, INC., d/b/a GLOBAL NETOPTEX, INC.,
    Plaintiff,

vs.

E-LOAN, INC., and BANCO POPULAR NORTH AMERICA, INC.,
    Defendants.
_____/

## ORDER RESETTING CALENDAR CALL AND TRIAL DATE

THIS CAUSE comes before the Court upon *sua sponte* review of the record. The Court finds it needs more time to adequately consider the pending motions in this case, including the motions for summary judgment. Therefore, it is hereby:

**ORDERED AND ADJUDGED** that

1. The previous calendar call and trial dates are hereby **CANCELLED.**

2. Trial is rescheduled to commence during the two-week period of **Monday, April 11, 2011** with calendar call commencing on **Thursday, April 7, 2011 at 1:30 p.m.**

3. The following pretrial deadlines are reset:

    a. The parties may have until **March 25, 2011** to file all proposed voir dire questions.

    b. The parties may have until **April 8, 2011** to file their deposition designations

All remaining pretrial deadlines set forth in Court's scheduling orders (D.E. Nos. 15 &

372)[1] remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of January, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record

---

[1] The Court acknowledges that it granted an extension of time for the parties to file their joint proposed jury instructions and verdict form. *See* (D.E. No. 411).